**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carlton J. SMITH, Defendant–Appellant.**

**No. 87–5683.**

United States Court of Appeals, Fourth Circuit.

Oct. 19, 1988.

On Petition for Rehearing with Suggestion for Rehearing In Banc.

### ORDER

The appellee's petition for rehearing and suggestion for rehearing in banc were submitted to this Court. In a requested poll of the Court, Judges Russell, Widener, Chapman, Wilkinson and Wilkins voted to rehear the case in banc; and Judges Winter, Hall, Phillips, Murnaghan, Sprouse and Ervin voted against rehearing the case in banc. As a majority of the judges voted to deny rehearing in banc, and

As the panel considered the petition for rehearing and is of the opinion that it should be denied,

IT IS ADJUDGED AND ORDERED that the petition for rehearing and suggestion for rehearing in banc are denied.

Entered at the direction of Judge Winter, with the concurrence of Judge Spencer, United States District Judge, sitting by designation. Judge Chapman dissents.